# Third District Court of Appeal

## State of Florida

Opinion filed June 10, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0549
Lower Tribunal No. 18-CF-97-A-K
_____

**Billy E. Baker,**
Petitioner,

vs.

**State of Florida,**
Respondent.

A Case of Original Jurisdiction – Petition for Belated Appeal.

Billy E. Baker, in proper person.

James Uthmeier, Attorney General, and Yolande M. Samerson, Assistant Attorney General, for respondent.

Before LINDSEY, LOBREE, and GOODEN, JJ.

PER CURIAM.

Petitioner Billy E. Baker seeks a belated appeal of the denial of his Rule 3.850 motion. But his petition was not sworn—as required by Florida Rule of Appellate Procedure 9.141(c)(4). And so, it is facially insufficient. Therefore, we deny the petition without prejudice to file a properly sworn petition. See Adams v. State, 302 So. 3d 851 (Fla. 3d DCA 2020); Green v. State, 941 So. 2d 1250 (Fla. 5th DCA 2006); Popp v. State, 935 So. 2d 93 (Fla. 5th DCA 2006).

Denied without prejudice.